Shaun J. Bauman, Esq. (SBN: 277067)
**BAUMAN LAW, APLC**
24003A Ventura Blvd., 2nd FloorCalabasas, CA 91302
Telephone: (818) 285-0222
Facsimile: (818) 285-0224
E-Service: info@bauman.law
Attorney for Plaintiff, Maria Ruiz Escobar

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maria Ruiz Escobar, | Case No.: |
| Plaintiff, | |
| | **PLAINTIFF'S COMPLAINT FOR PERSONAL INJURIES AND DAMAGES** |
| vs. | |
| United States of America | |
| Defendant. | |

NOW COME Plaintiff Maria Ruiz Escobar ("Plaintiff"), for all causes of action as against all Defendant United States of America ("Defendant"), hereby alleges as follows upon information and belief:

## PARTIES

1. Plaintiff is an individual residing in **Orange County, California**.

1. Defendant **United States of America** is a sovereign entity and proper defendant in this action pursuant to the **Federal Tort Claims Act (FTCA)**, 28 U.S.C. §§ 1346(b), 2671–2680.

2. At all times relevant hereto, **Gary William Schweitzer** was an employee of the **United States Department of Agriculture ("USDA")**, acting within the **course and scope of his employment**.

1

COMPLAINT

## JURISDICTION AND VENUE

4. This Court has **subject matter jurisdiction** under **28 U.S.C. § 1346(b)** (Federal Tort Claims Act).

5. Venue is proper under **28 U.S.C. § 1402(b)**, as the acts and omissions giving rise to the claims occurred in **Orange County, California**, within the **Central District of California**.

6. Plaintiff has complied with **28 U.S.C. § 2675** by timely filing an administrative claim with the appropriate federal agency, and more than six months have passed without final resolution.

## FACTUAL ALLEGATIONS

7. On or about **August 21, 2023**, Plaintiff was lawfully operating her vehicle on **Katella Ave., 81ft. East of Anaheim Blvd., Anaheim, CA 92802**.

8. At the same time and location, **Scott Joseph Friedrich**, while acting in the **course and scope** of his employment with the **United States Navy**, was operating a government-owned vehicle.

9. Mr. Friedrich negligently operated said vehicle, causing a **collision** with Plaintiff's vehicle.

10. As a result of the collision, Plaintiff suffered **significant injuries**, including physical pain, medical expenses, emotional distress, and other economic and non-economic damages.

## FIRST CAUSE OF ACTION

## NEGLIGENCE (Under the FTCA – 28 U.S.C. § 1346(b))

11. Plaintiff realleges and incorporates by reference paragraphs 1 through 10 as though fully set forth herein.

COMPLAINT

12. Defendant, through its employee **Scott Joseph Friedrich**, owed a duty of care to Plaintiff and other motorists to operate its motor vehicle in a safe and lawful manner.

13. Defendant breached that duty when Mr. Friedrich **negligently operated** his vehicle, causing a collision with Plaintiff.

14. The collision was the **direct and proximate result** of Mr. Friedrich's negligence.

15. As a result, Plaintiff suffered and continues to suffer damages, including:

- Medical expenses (past and future)

- Physical pain and suffering

- Mental and emotional distress

- Lost wages and earning capacity

- Property damage

## **DAMAGES**

20. As a result of Defendant's negligent acts and omissions, Plaintiff has suffered damages in an amount to be proven at trial, including but not limited to:

- Physical injuries

- Emotional and psychological harm

- Past and future medical expenses

- Lost earnings and diminished future earning capacity

- Property damage

- Pain and suffering

3

COMPLAINT

DATED: 08/21/2025                              BAUMAN LAW, APLC

                                               By _____

                                               Shaun J. Bauman, Esq.
                                               Attorney for Plaintiff, Maria Ruiz Escobar

4